Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Sarah K. Hamilton (State Bar No. 238819)
skhamilton@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
UNION BANK OF CALIFORNIA LONG TERM
DISABILITY BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NOBLE<br><br>            Plaintiff,<br><br>v.<br><br>UNION BANK OF CALIFORNIA LONG TERM DISABILITY BENEFIT PLAN<br>            Defendant. | Case No: 3:08-cv-00115-EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT UNION BANK OF CALIFORNIA LONG TERM DISABILITY BENEFIT PLAN'S RESPONSE TO PLAINTIFF NOBLE'S COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Judge: The Honorable Edward M. Chen |

SFI-580401v1

Stip. and [Prop.] Order to Extend Deadline and
Cont. CMC: 3:08-cv-00115-EMC

1    WHEREAS, Defendant Union Bank of California Long Term Disability Benefit Plan seeks to obtain additional days to prepare, file and serve its responses to Plaintiff's Complaint; and

    WHEREAS, the Parties are engaged in informal settlement discussions which they hope to resolve by mid-April.

IT IS HEREBY STIPULATED as follows:

1. The deadline for Defendant to respond to Plaintiff's Complaint will be extended to April 22, 2008.

2. The Case Management Conference currently set for April 16, 2008 will be continued to May 7, 2008.

**IT IS SO STIPULATED.**

Dated: March 17, 2008                JONES DAY

                                     By: _____
                                        Sarah K. Hamilton

                                     Attorney for Defendant Union Bank of
                                     California Long Term Disability Benefit Plan

Dated: March __, 2008

                                     By: _____
                                        Scott Kalkin

                                     Attorney for Plaintiff John Noble

1    WHEREAS, Defendant Union Bank of California Long-Term Disability Benefit Plan
2 seeks to obtain additional days to prepare, file and serve its responses to Plaintiff's Complaint;
3 and
4    WHEREAS, the Parties are engaged in informal settlement discussions which they hope
5 to resolve by mid-April.
6 IT IS HEREBY STIPULATED as follows:
7    1.  The deadline for Defendant to respond to Plaintiff's Complaint will be extended to
8 April 22, 2008.
9    2.  The Case Management Conference currently set for April 16, 2008 will be continued
10 to May 7, 2008.
11 **IT IS SO STIPULATED.**
12 Dated: March ___, 2008                    JONES DAY
13
14
15                                 By: _____
                                      Sarah K. Hamilton
16                              Attorney for Defendant Union Bank of
                                California Long-Term Disability Benefit Plan
17
18 Dated: March 19, 2008
19
                                    By: _____
20                                      Scott Kalkin
21                              Attorney for Plaintiff John Noble

1

**ORDER**

2 **IT IS SO ORDERED.**

3

4

5

6 Date: _____, 2008

7

8

9

10 Edward M. Chen
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28