Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Sarah K. Hamilton (State Bar No. 238819)
skhamilton@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
UNION BANK OF CALIFORNIA LONG TERM
DISABILITY BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NOBLE<br><br>  Plaintiff,<br><br>v.<br><br>UNION BANK OF CALIFORNIA LONG TERM DISABILITY BENEFIT PLAN<br>  Defendant. | Case No: 3:08-cv-00115-EMC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR DEFENDANT UNION BANK OF CALIFORNIA LONG TERM DISABILITY BENEFIT PLAN'S RESPONSE TO PLAINTIFF NOBLE'S COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Judge: The Honorable Edward M. Chen |

SFI-580401v1

Stip. and [Prop.] Order to Extend Deadline and
Cont. CMC: 3:08-cv-00115-EMC

1  WHEREAS, Defendant Union Bank of California Long Term Disability Benefit Plan
2  seeks to obtain additional days to prepare, file and serve its responses to Plaintiff's Complaint;
3  and
4  WHEREAS, the Parties are engaged in informal settlement discussions which they hope
5  to resolve by mid-April.
6  IT IS HEREBY STIPULATED as follows:
7  1. The deadline for Defendant to respond to Plaintiff's Complaint will be extended to
8  April 22, 2008.
9  2. The Case Management Conference currently set for April 16, 2008 will be continued
10 to May 7, 2008. at 1:30 p.m. A Joint Case Management Conference Statement shall be filed by April 30, 2008.
11 **IT IS SO STIPULATED.**
12 Dated: March __, 2008                    JONES DAY
13
14                                          By: _____
15                                              Sarah K. Hamilton
16                                          Attorney for Defendant Union Bank of
                                            California Long Term Disability Benefit Plan
17
18 Dated: March __, 2008
19
20                                          By: _____
                                                Scott Kalkin
21                                          Attorney for Plaintiff John Noble

1  WHEREAS, Defendant Union Bank of California Long Term Disability Benefit Plan
2  seeks to obtain additional days to prepare, file and serve its responses to Plaintiff's Complaint;
3  and
4  WHEREAS, the Parties are engaged in informal settlement discussions which they hope
5  to resolve by mid-April.
6  IT IS HEREBY STIPULATED as follows:
7  1. The deadline for Defendant to respond to Plaintiff's Complaint will be extended to
8  April 22, 2008.
9  2. The Case Management Conference currently set for April 16, 2008 will be continued
10  to May 7, 2008.
11  **IT IS SO STIPULATED.**
12  Dated: March __, 2008                                JONES DAY
13
14
15                                                       By: _____
                                                             Sarah K. Hamilton
16                                                       Attorney for Defendant Union Bank of
                                                         California Long Term Disability Benefit Plan
17
18  Dated: March 19, 2008
19
20                                                       By: _____
                                                             Scott Kalkin
21                                                       Attorney for Plaintiff John Noble

1 **ORDER**

2 **IT IS SO ORDERED.**

6  Date: _____March 24_____, 2008

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

United States Magistrate Judge