1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Sarah K. Hamilton (State Bar No.  238819)
   skhamilton@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   UNION BANK OF CALIFORNIA LONG TERM
8  DISABILITY BENEFIT PLAN

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  **JOHN NOBLE** | **CASE NO. 3:08-CV-00115-EMC** |
| 14        **Plaintiff,** | |
| 15  **v.** | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| 16  **UNION BANK OF CALIFORNIA LONG TERM DISABILITY BENEFIT PLAN** | |
| 17 | |
| 18        **Defendant.** | |

19        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20        The undersigned party hereby declines to consent to the assignment of this case to a

21  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

22  this case to a United States District Judge.

23  Dated: April 9, 2008                    JONES DAY

24

25                                          By:/s/ - Sarah K. Hamilton
                                               Sarah K. Hamilton

26
                                            Attorney for Defendant Union Bank of
27                                          California Long Term Disability Benefit Plan

28