1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Sarah K. Hamilton (State Bar No. 238819)
   skhamilton@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:      (415) 875-5700

7  Attorneys for Defendant
   UNION BANK OF CALIFORNIA LONG TERM
8  DISABILITY BENEFIT PLAN

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  JOHN NOBLE                           | **Case No: 3:08-cv-00115-SI**
14            Plaintiff,                 | **DEFENDANT UNION BANK OF CALIFORNIA LONG TERM DISABILITY BENEFIT PLAN'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**
15  v.
16  UNION BANK OF CALIFORNIA LONG TERM DISABILITY BENEFIT PLAN
17            Defendant.                 |
                                         | Before the Honorable Susan Illston
18

19

20       Pursuant to the Corporate Disclosure Statement provisions in Fed. R. Civ. P. 7.1 Union

21  Bank of California Long Term Disability Benefit Plan makes the following disclosures:

22       Union Bank of California is the sponsor and funding source of the Union Bank of

23  California Long Term Disability Benefit Plan.  Union Bank of California Long Term

24  Disability Benefit Plan is not publicly traded.  Union Bank of California is a primary

25  subsidiary of a publicly traded company, UnionBanCal Corporation.

26  / /

27  / /

28  / /

SFI-582188v1                             Def's Corp. Disclosure Statement and Cert. of
                                         Interested Parties;  3:08-cv-00115-SI

1 | Pursuant to Civil L.R. 3-16, the undersigned counsel for Defendant Union Bank of
2 | California Long Term Disability Benefit Plan certifies that the following listed persons,
3 | association of persons, firms, partnerships, corporations (including parent corporations) or other
4 | entities (i) have a financial interest in the subject matter in controversy or in a party to the
5 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
6 | substantially affected by the outcome of this proceeding:

Union Bank of California – the sponsor and funding source of the Union Bank of
California Long Term Disability Benefit Plan.

Dated: April 22, 2008.

JONES DAY

By: /s/ - Sarah K. Hamilton
        Sarah K. Hamilton
Attorneys for Defendant
THE UNION BANK OF CALIFORNIA LONG
TERM DISABILITY BENEFIT PLAN