1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Sarah K. Hamilton (State Bar No. 238819)
   skhamilton@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:      (415) 875-5700

7  Attorneys for Defendant
   UNION BANK OF CALIFORNIA LONG TERM
8  DISABILITY BENEFIT PLAN

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11

12

13  JOHN NOBLE                                  **Case No: 3:08-cv-00115-SI**

14           Plaintiff,                         **[PROPOSED] ORDER GRANTING**
                                                **DEFENDANT'S MOTION TO DISMISS**
15  v.

16  UNION BANK OF CALIFORNIA LONG                Before the Honorable Susan Illston
    TERM DISABILITY BENEFIT PLAN
17           Defendant.

18

19

20

21

22

23

24

25

26

27

28

SFI-582190v1                                    [Proposed] Order Granting Def's. Motion
                                                3:08-cv-00115-SI

1 | Defendant's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) was
2 | regularly heard and duly considered by this Court on July 11, 2008. Based on the papers filed in
3 | support of and opposition to the motion, and oral argument thereon,
4 | IT IS HEREBY ORDERED THAT:
5 | The Court GRANTS Defendant's Motion to Dismiss. Plaintiff's complaint is dismissed
6 | with prejudice.
7 | Dated:  July ___, 2008.                                                    _____
8 | The Honorable Susan Illston