**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4   JOHN NOBLE,                                    No. C 08-00115SI

5            Plaintiff,                            **NOTICE**

6       v.

7   UNION BANK OF CALIFORNIA LONG TERM
    DISABILITY BENEFITS PLAN,
8
             Defendant.
9   _____/

10
    To All Parties:
11
    YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled
12  to occur on Friday, August 15, 2008, at 2:00 p.m.

13

14

15

16

17

18

19

20  Dated: April 30, 2008                           RICHARD W. WIEKING, Clerk

21

22
                                                   _____
23                                                 Tracy Sutton
                                                   Deputy Clerk
24

25

26

27

28