Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, California 94104
Tel: (415) 732-0282
Fax: (415) 732-0287

Attorney for Plaintiff John Noble

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Noble,<br><br>    Plaintiff,<br><br>v.<br><br>The Union Bank of California Long Term Disability Benefits Plan,<br><br>    Defendant. | No: C 08-00115 SI<br><br>**DECLARATION OF COUNSEL IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date:  July 11, 2008<br>Time:  9:00 a.m.<br>Dept:  Courtroom 10 |

I, Scott Kalkin, declare under penalty of perjury, that:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California, the United States District Court for the Northern District of California, the Ninth Circuit Court of Appeal and the United Sates Supreme Court. I am a partner in the firm of Roboostoff & Kalkin and the attorney for plaintiff John Noble in the above-captioned matter. If called as a witness, I could and would competently testify to the facts set forth herein.

2. During the course of the administrative appeal of John Noble's claim for disability benefits I requested that the Union Bank of California Disability Plan produce certain plan documents. This request was made on or about November 21, 2006.

3. On or about December 20, 2006, in response to my request, Dawn Ross, Vice President and Senior Counsel for the bank, mailed me, among other documents, the document attached hereto as Exhibit 1.

4. The document attached hereto as Exhibit 1 is a true and correct copy of the document I received from Ms. Ross.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California.

Dated: June 19, 2008            /s/
                               Scott Kalkin

Declaration of Counsel in Opposition            C 08-00115 SI
to Motion to Dismiss              2

**PROOF OF SERVICE**

I, the undersigned, declare:

I am over the age of 18 years and not a party to this action or proceeding. My business address is 369 Pine Street, Suite 610, San Francisco, California 94104, where I am employed:

On June 19, 2008, I caused to be served the following document(s):

DECLARATION OF COUNSEL
IN OPPOSITION TO MOTION TO DISMISS

__X__   MAIL - placed in the United States mail at San Francisco, California, postage fully prepaid.

_____   PERSONAL SERVICE - delivered by hand to the addressee. (Jetset Couriers)

_____   FAX - same day delivery by facsimile transmission to the addressee's fax number.

__X__   E-FILED - served pursuant to Northern District of California General Order 45.

addressed to the following:

Sarah K. Hamilton, Esq.
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 19, 2008, at San Francisco, California.

    /s/
Scott Kalkin