# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 7/11/08

Case No. __C-08-0115 SI__          Judge: __SUSAN ILLSTON__

Title: JOHN NOBLE -v- UNION BANK

Attorneys: S. Kalkin          K. Lucci

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

## PROCEEDINGS

1) __Defendant's Motion to Dismiss - HELD_____

2) _____

3) _____

Order to be prepared by: (  )Pltf   (  )Deft   ( X )Court

Disposition : (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   ( X) SUBMITTED
PART

Case continued to __ @ 2:30 p.m.__ for Further Case Management Conference

Case continued to __ @ 9:00 a.m.__ for Motions
(Motion due , Opposition  Reply )

Case continued to __ @ 3:30 p.m.__ for Pretrial Conference

Case continued to __ @ 8:30 a.m.__ for Trial (:  Days)
Discovery Cutoff:  Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: