Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, California 94104
(415) 732-0282

Attorneys for plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Noble,<br><br>      Plaintiff,<br><br>v.<br><br>The Union Bank of California<br>Long Term Disability Benefits Plan,<br><br>      Defendant. | No: C 08-00115 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT DATES** |

    The parties in the above-captioned matter, through their respective attorneys of record, enter into the following stipulation and request the Court to enter an order accordingly:

    1. On July 11, 2008, the Court heard oral argument on defendant's motion to dismiss plaintiff's complaint/ motion for summary judgment and took the matter under submission.

    2. The initial case management conference in this matter is currently scheduled for August 15, 2008, at 2:00 p.m.

---

Stipulation and [Proposed] Order Re:
Case Management Dates                  1

1      3. In the interest of economy, and so that the parties may discuss their
2  respective positions relating to initial disclosure, discovery and ADR with the benefit of
3  the Court's ruling on defendant's pending motion, the parties hereby stipulate and
4  request that the Court continue the currently scheduled case management conference
5  for forty nine (49) days.

6      4. The parties further stipulate and request that the Court correspondingly
7  continue the dates the parties are required to meet and confer and exchange their initial
8  disclosures. The proposed dates are as follows:

9      Case Management Conference: October 3, 2008, at 2:00 p.m.
10      Joint Case Management Statement: September 26, 2008
11      Initial Disclosures: September 26, 2008
12      Last Day to Meet and Confer: September 12, 2008.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: July 22, 2008

    /s/
Scott Kalkin
Attorney for plaintiff

**JONES DAY**

Dated: July 22, 2008    By:    /s/
    Katherine S. Ritchey
    Attorneys for Defendant

//
//

2

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4  Dated: _____          By: _____
                                   Judge of the United States District
5                                  Court for the Northern District of
                                   California

Stipulation and [Proposed] Order Re:
Case Management Dates                    3