```
Scott Kalkin 120791
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 610
San Francisco, California 94104
(415) 732-0282

Attorneys for plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Noble,<br><br>           Plaintiff,<br><br>v.<br><br>The Union Bank of California<br>Long Term Disability Benefits Plan,<br><br>           Defendant. | No: C 08-00115 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT DATES** |

The parties in the above-captioned matter, through their respective attorneys of record, enter into the following stipulation and request the Court to enter an order accordingly:

1. On July 11, 2008, the Court heard oral argument on defendant's motion to dismiss plaintiff's complaint/ motion for summary judgment and took the matter under submission.

2. The initial case management conference in this matter is currently scheduled for August 15, 2008, at 2:00 p.m.

---

Stipulation and [Proposed] Order Re:
Case Management Dates                                   1

1. 3. In the interest of economy, and so that the parties may discuss their respective positions relating to initial disclosure, discovery and ADR with the benefit of the Court's ruling on defendant's pending motion, the parties hereby stipulate and request that the Court continue the currently scheduled case management conference for forty nine (49) days.

4. The parties further stipulate and request that the Court correspondingly continue the dates the parties are required to meet and confer and exchange their initial disclosures. The proposed dates are as follows:

Case Management Conference: October 3, 2008, at 2:00 p.m.

Joint Case Management Statement: September 26, 2008

Initial Disclosures: September 26, 2008

Last Day to Meet and Confer: September 12, 2008.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: July 22, 2008

_____/s/_____
Scott Kalkin
Attorney for plaintiff

**JONES DAY**

Dated: July 22, 2008

By: \_\_\_\_\_/s/_____
Katherine S. Ritchey
Attorneys for Defendant

//
//

2

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | Dated:                              By: _____
                                          *[signature: Susan Illston]*
                                          Judge of the United States District
                                          Court for the Northern District of
                                          California

---

Stipulation and [Proposed] Order Re:
Case Management Dates                3