IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN NOBLE,   No. C 08-115 SI

    Plaintiff,   **JUDGMENT**

v.

UNION BANK OF CALIFORNIA LONG TERM DISABILITY BENEFITS PLAN,

    Defendant.
_____/

Plaintiff'S action has ben dismissed with prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED .**

Dated: August 4, 2008

SUSAN ILLSTON
United States District Judge